UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. ____

JOEY A. SCHNOBRICH,
    Plaintiff(s)
V.

NELSON, WATSON &
ASSOCIATES, LLC.;
GEORGE NELSON, II;
GEORGE NELSON, III,
GREG CERULLO and JOHN
DeMINICO.
    Defendants

04 - 10491 PBS

## PROPOSED ORDER

Upon Motion of the Plaintiff, Ex-Parte, for a Temporary Restraining Order, it is hereby ordered that:

1. That the Defendants be restrained from deleting, modifying or otherwise changing any data from any computers whether in their personal possession or in the possession of the Defendant Nelson, Watson & Associates, LLC. which contain any data, or other information directly or indirectly obtained by accessing the private email accounts of the Plaintiff, including but limited to the accounts designated as rollsroyce@nextel.blackberry.net or joeymsw@comcast.net.

2. That nothing in this order shall prevent the Defendants from making backups of such data during their normal course of business but that said backup procedures shall be documented and noted as to format,

3

date and time of any such backups and the location where any such backups are being stored.

_[signature]_, D.J.

— This order is to expire March 22, 2004 as per Rule 65

Dated 3/11/04

4