UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEY A. SCHNOBRICH,<br>Plaintiff<br>v.<br><br>NELSON, WATSON &<br>ASSOCIATES, LLC;<br>GEORGE NELSON, II;<br>GEORGE NELSON, III;<br>GREG CERULLO and<br>JOHN DeMINICO,<br>Defendants | **NOTICE OF VOLUNTARY DISMISAL<br>PURSUANT TO F.R.C.P. 41(A)(1)(i)** |

Plaintiff Joey A. Schnobrich, pursuant to the provisions of F.R.C.P 41(a)(1)(i), hereby dismisses all claims against Defendants (a) Nelson, Watson & Associates, LLC, (b) George Nelson, II; (c) George Nelson, III; and (d) Greg Cerullo with prejudice, without costs and attorney's fees, and waiving all rights of appeal. This dismissal shall include the dissolution of any temporary restraining orders, preliminary injunctions, and/or permanent injunctions that have been entered by the Court.

Respectfully submitted,
By Plaintiff's Attorney,

_____
Daniel P. Tarlow, BBO# 562126
291 Jefferson Avenue
Salem, MA  01970
(978) 696-5732

Date: 4/28/04