AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Eastern_ District of _Massachusetts_

JOEY A. SCHNOBRICH

V.

NELSON, WATSON & ASSOCIATES, LLC. et al

SUMMONS IN A CIVIL ACTION

CASE NUMBER: **04-10491PBS**

TO: (Name and address of Defendant)    John DeMinico, 97 Arlington Street, Haverhill Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel P. Tarlow, Esq., 291 Jefferson Ave, Salem MA 01970

an answer to the complaint which is served on you with this summons, within __Twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  MAR 11 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

March 22, 2004

I hereby certify and return that on 3/17/2004 at 05:10 pm I served a true and attested copy of the summons, verified complaint, ex parte motion for temporary restraining order, proposed order, certification, affidavit and allowed motion in this action in the following manner: To wit, by leaving at the **last and usual place of abode of JOHN T. DEMINICO**, 97 Arlington Street Haverhill, MA 01830, and by mailing 1st class to the above address on 3/17/2004. Basic Service Fee ($20.00), Conveyance ($3.00), Travel ($16.00), Postage and Handling ($3.00), Copies ($10.00) Total Charges $52.00

Deputy Sheriff

Deputy Sheriff Ronald Weeks

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                  Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.