UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10491PBS

JOEY A. SCHNOBRICH,
    Plaintiff(s)
V.

NELSON, WATSON &
ASSOCIATES, LLC.;
GEORGE NELSON, II;
GEORGE NELSON, III,
GREG CERULLO and JOHN
DeMINICO.
    Defendants

## REQUEST FOR DEFAULT

I, Daniel P. Tarlow, Attorney for the Plaintiff, Joey Shnobrich, state that the Complaint and Summons have been served by the Defendant, John DeMinico, on arch 17, 2004, as appears from the officer's return, and that the time in which the Defendant may serve an answer or responsive pleading upon me has expired and that the Defendant has not served an answer or responsive pleading upon me nor has he filed any pleading in Court.

WHEREFORE, the Plaintiff, Joey Shnobrich, makes application that the Defendant be defaulted.

Signed under the penalties of perjury.

    Plaintiff
    Joey Shnobrich
    By his Attorney,

    Daniel P. Tarlow, Esq.
    291 Jefferson Ave.
    Salem, MA 01970
    781-696-5732
    BBO#562126

5/3/04
Dated