UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10491PBS

JOEY A. SCHNOBRICH,
    Plaintiff(s)
V.

NELSON, WATSON &
ASSOCIATES, LLC.;
GEORGE NELSON, II;
GEORGE NELSON, III,
GREG CERULLO and JOHN
DeMINICO.
    Defendants

AFFIDAVIT AS TO MILITARY SERVICE

1. I am the Plaintiff in the above-entitled action and on oath depose and say:

2. That the Defendant John DeMinico is not an infant or incompetent person;

3. That the Defendant John DeMinico is not in the military service of the United States or any of its Allies, as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, but is at present self employed in the computer business.

Subscribed this 3rd day of MAY, 2004 under the pains and penalties of perjury.

Dated: 05/03/04

Joey Shnobrich