**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 04-10491PBS

> JOEY A. SCHNOBRICH,
>     Plaintiff(s)
> V.
>
> NELSON, WATSON & ASSOCIATES, LLC.;
> GEORGE NELSON, II;
> GEORGE NELSON, III,
> GREG CERULLO and JOHN DeMINICO.
>     Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on the date as stated below I caused a true and accurate copy of the following documents to be served upon:

John DeMinico
97 Arlington Street,
Haverhill, MA 01830-5923

1. REQUEST FOR DEFAULT
2. MILITARY AFFIDAVIT

By mailing said documents, regular mail, postage prepaid.

_____
Daniel P. Tarlow, Esq.

Date: 5/3/04