UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                    Civil Action
                                                    No: 04-10491-PBS

Joey A. Schnobrich
Plaintiff

v.

John DeMinico
Defendant

## NOTICE OF DEFAULT

      Upon application of the Plaintiff for an order of Default for failure of the Defendant John DeMinico to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant John DeMinico has been defaulted on May 10, 2004.

                                                      Tony Anastas
                                                      Clerk


                                                  By: /s/ Robert C. Alba
                                                      Deputy Clerk

Date: May 10, 2004

Notice mailed to counsel of record and defendant(s).