UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No: 04-10491-PBS

Joey A. Schnobrich
Plaintiff

v.

John DeMinico
Defendant

## PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                              May 10, 2004

     On May 10, 2004, a notice of default was issued as to the defendant John DiMinico pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default, it shall do so on or before June 10, 2004. Plaintiff shall include a proposed form of judgment along with the motion filing.

                                                                     By the Court,

                                                            /s/ Robert C. Alba
                                                                   Deputy Clerk