# *Dear Filing Clerk,*

# *PLEASE FILE FOR CASE #:*

# *04-10491PBS*

May 11, 2004

Dear Attorney Tarlow,

I, John DeMinico, respectfully request that the Motion to Default be postponed so that I may have time to retain an attorney to represent me in US District Court Civil Action No. 04-10491PBS. I was under the impression that when the civil case was dismissed against the four other co-defendants, that it was also dismissed against me as I was mentioned right along side of them throughout the court documents. I'm not even sure that this is something that can be done but I just wanted you to know my intentions. I'll also send a copy of this to the Clerk of the Court as it states to do on the Summons in Civil Action page.

I want to thank you for your patience with me as I really have no idea what I'm in for and I guess the best course of action at this point is to get an attorney.

Sincerely,

John DeMinico
978-360-6757