**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 04-10491PBS

| |
|---|
| JOEY A. SCHNOBRICH, <br>      Plaintiff(s) <br> V. <br><br> NELSON, WATSON & ASSOCIATES, LLC.; <br> GEORGE NELSON, II; <br> GEORGE NELSON, III, <br> GREG CERULLO and JOHN DeMINICO. <br>      Defendants |

MOTION FOR JUDGMENT BY DEFAULT BY THE COURT AND ASSESSMENT OF DAMAGES HEARING PURSUANT TO FED.R.CIV.P. 55 (b)(2) AGAINST THE DEFENDANT JOHN DEMINICO
ORAL ARGUMENT REQUESTED

Pursuant to Fed.R.Civ.P. 55(b)(2), a Notice of Default having been issued pursuant to Fed.R.Civ.P. 55(b), the Plaintiff in the above captioned matter moves for judgment of default by the court against the Defendant John DeMinico, and requests that this honorable Court issue a judgment of damages in an amount of $7,000.00, plus Attorney Fees in the amount of $3,981.25[1], plus punitive damages pursuant to 18 USC §2707 (c), and costs as

---

[1] See Affidavit of Counsel Fees.

determined by this court. A proposed form of judgment together with an affidavit of counsel fees is filed herewith.

          Plaintiff
          Joey Shnobrich
          By his Attorney,

          Daniel P. Tarlow, Esq.
          291 Jefferson Ave.
          Salem, MA 01970
          781-696-5732
          BBO#562126

          Dated: 5/21/04