**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. ____

| |
|---|
| JOEY A. SCHNOBRICH,<br>　　　Plaintiff(s)<br>V.<br><br>NELSON, WATSON &<br>ASSOCIATES, LLC.;<br>GEORGE NELSON, II;<br>GEORGE NELSON, III,<br>GREG CERULLO and JOHN<br>DeMINICO.<br>　　　Defendants |

### AFFIDAVIT OF ATTORNEY FEES AND COSTS

I Daniel P. Tarlow do hereby say and depose as follows:

1. That I am an attorney, duly licensed and in good standing to practice law in the Commonwealth of Massachusetts.

2. That I have expended 31.85 hrs in total with respect to the above captioned lawsuit up and to the date of the drafting of this affidavit.

3. That I have charged the Plaintiff the rate of $125.00/hr plus costs for this action.

4. That included in the calculation of 31.85 hours was work that was performed resulting in the voluntary dismissal of all of the Defendants other than John DeMinico.

5. That the majority of said costs were incurred by the Plaintiff as a result of the actions of the Defendant John DeMinico.

6. That the Plaintiff Incurred a filing fee expense of $150.00 and Sheriff's Service cost of $52.00.

7. That the total Attorney Fees related to this action to date are: $3,981.25.

8. That the Plaintiff has incurred a total of $6,324.15 in attorney fees and costs in total with respect to my representation of him against all of the Defendants but $2,342.90 in attorney fees are not reasonably related to the prosecution of this action.

Signed this 21st day of May, 2004 under the penalties of perjury:

_____
Daniel P. Tarlow, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10491PBS

| |
|---|
| JOEY A. SCHNOBRICH,<br>    Plaintiff(s)<br>V.<br><br>NELSON, WATSON & ASSOCIATES, LLC.;<br>GEORGE NELSON, II;<br>GEORGE NELSON, III,<br>GREG CERULLO and JOHN DeMINICO.<br>    Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on the date as stated below I caused a true and accurate copy of the following documents to be served upon:

John DeMinico
97 Arlington Street,
Haverhill, MA 01830-5923

1. MOTION FOR JUDGMENT FOR DEFAULT
2. PROPOSED JUDGMENT
3. COUNSEL FEE AFFIDAVIT

By mailing said documents, regular mail, postage prepaid.

_____
Daniel P. Tarlow, Esq.

Date: 5/21/04